UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA D. GRIMES,

      Plaintiff,                                          No. 14-12532

v.                                                   District Judge Mark A. Goldsmith
                                                      Magistrate Judge R. Steven Whalen

CITIMORTGAGE,

      Defendant.

_____/

**ORDER FOR DEFENDANT TO RESPOND**

Plaintiff Cynthia D. Grimes is proceeding without counsel in this mortgage foreclosure case. Defendant CitiMortgage, Inc. ("CitiMortgage") has filed a motion to dismiss [Doc. #18], which is pending. On November 14, 2014, Plaintiff filed what she entitled "Drafting a Document to Include AT&T as a Defendant for Providing Plaintiff with Tampered Phone Records" [Doc. #25]. In that document, Plaintiff claims that AT&T is acting in collusion with CitiMortgage.

Filings by *pro se* litigants are to be liberally construed. *Herron v. Harrison*, 203 F.3d 410, 414 (6th Cir. 2000) (*pro se* pleadings are held to "an especially liberal standard"); Fed.R.Civ.P. 8(f) ("All pleadings shall be so construed as to do substantial justice"). I therefore construe Plaintiff's filing [Doc. #25] as a motion to amend her complaint.

Defendant CitiMortgage shall file a response to Plaintiff's motion to amend [Doc. #25] no later than 14 days from the date of this Order.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: December 10, 2014

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 10, 2014, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager